**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1244**

---

MICHAEL J. SINDRAM,

                Plaintiff - Appellant,

    versus

COLUMBIA UNION COLLEGE,

                Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Frederic N. Smalkin, District Judge; Charles B. Day, Magistrate Judge. (CA-01-2954-S)

---

Submitted: May 30, 2002          Decided: June 14, 2002

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael J. Sindram, Appellant Pro Se. Lauri Elizabeth Cleary, Peter M. Rosenberg, LERCH, EARLY & BREWER, Bethesda, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael J. Sindram appeals the district court's order denying leave to file his civil rights complaint. We have reviewed the record and the district court's memorandum opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Sindram v. Columbia Union Coll.</u>, No. CA-01-2954-S (D. Md. Feb. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>